Total pages: 2

JAMES E. SALVEN
Chapter 7 Trustee
P. O. Box 25970
Fresno, California 93729
(559) 230-1095

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No.  21-10999-B-7<br>Chapter 7<br>DC No.    JES-1 |
| Eric & Romana Johnson, | **TRUSTEE'S OBJECTION TO EXEMPTIONS** |
| | Date:  08/31/2021<br>Time:  01:30 p.m.<br>Dept:  B, Courtroom 13 |
| Debtors.                                 / | |

   NOTICE IS HEREBY GIVEN THAT ON 08/31/2021 AT 01:30 p.m. IN COURTROOM "B", 2500 Tulare St., FRESNO, CALIFORNIA 93721, James E. Salven, Chapter 7 Trustee ("Trustee") will object to the claimed exemptions of the above-referenced debtors as follows:

   1.   Debtors claim exemptions of $190; $5,558; and $5,271 in various business assets (described on Exhibit "A") used in catering or a restaurant utilizing §704.060 of the California Code of Civil Procedure(CCP)(see attached Exhibit "A"); however, this Section deals with assets used in the exercise of trade or business-which is not the case here.

   2.   Schedule I(see attached Exhibit "B"), filed under oath indicates the debtor-husband is not employed and the debtor-wife is in the business.

3. Further, the Statement of Financial Affairs. filed under oath, sets forth, in Question 27(see attached Exhibit "C") that the business, in which these assets were used, were closed in August 2019 and in August 2020-more than eight months prior to this filing.

4. Debtors' testified, under oath, at the meeting of creditors held 06/24/21, that they had reviewed and signed, prior to filing with the court, their petition and schedules; were familiar with the contents; that the contents were true and correct; and, that no corrections or changes were needed.

5. Estate does not believe that these assets qualify for use of CCP §704.060; however, if the court were inclined to allow the claims of exemption, the estate believes the exemption claimed in the 2003 Ford F250 be limited in amount to $4,850- pursuant to CCP §704.060(d)(1).

WHEREFORE, for the foregoing reasons, Trustee prays that the claimed exemptions be disallowed in their entirety.

Dated: 7/20/21

By _____
James E. Salven
Chapter 7 Trustee